| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
| --- | --- | --- |
| PRESKA, LORETTA A. | UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK | 03/24/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
| --- | --- | --- |
| UNITED STATES DISTRICT JUDGE, ACTIVE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2013 to 12/31/2013 |

**7. Chambers or Office Address**

U.S. COURTHOUSE
500 PEARL STREET, ROOM 2220
NEW YORK, NY 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Vice-President | Fordham Law Alumni Association |
| 2. | Co-Trustee/Trustee | Trusts # # 7 & 11 |
| 3. | Advisory Board | Federalist Society, New York Chapter |
| 4. | Trustee | Fordham University |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Self Employed Lawyer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/24/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan Chase Bank | A | Interest | | | Closed | 08/22/13 | J | | |
| 2. (H) Law Firm Retirement Account | F | Dividend | P1 | T | | | | | |
| 3. -Fidelity Contrafund | | | | | | | | | |
| 4. -Baron Growth Fund | | | | | | | | | |
| 5. -Fidelity Cash Reserves | | | | | | | | | |
| 6. -Royce Total Return Fund | | | | | | | | | |
| 7. -Vanguard Midcap Index Fund | | | | | | | | | |
| 8. -Brown Bros Select Fund | | | | | | | | | |
| 9. Law Firm Capital A/C and Int. in A/R | | None | P1 | W | | | | | |
| 10. Citibank Accounts | B | Interest | P1 | T | | | | | |
| 11. M&T Bank Accounts | A | Interest | M | T | | | | | |
| 12. (H) Trust # 10 | G | Int./Div. | P1 | T | | | | | |
| 13. -Fidelity Municipal MMF | | | | | | | | | |
| 14. -MS Global Long Short Fund | | | | | | | | | |
| 15. -Templeton Global Fund | | | | | Sold | 09/26/13 | N | | |
| 16. -Blackrock Global Fund | | | | | | | | | |
| 17. -Ivy Asset Strategy Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Vanguard LTD Term Tax Exempt Fund | | | | | Buy (add'l) | 03/16/13 | N | | |
| 19. | | | | | Buy (add'l) | 03/28/13 | N | | |
| 20. | | | | | Sold (part) | 8/19/13 | O | | |
| 21.  -SPDR Mid Cap 400 ETF | | | | | Buy (add'l) | 3/13/13 | M | | |
| 22.  -Royce Total Return Fund | | | | | | | | | |
| 23.  -Blackstone Equity Div Fund | | | | | Buy (add'l) | 06/3/13 | L | | |
| 24.  -Forrest City Investment Partners | | | | | Closed | 8/31/13 | J | | |
| 25.  -NYS Muni Bonds | | | | | | | | | |
| 26.  -FL Muni Bonds | | | | | | | | | |
| 27.  -TX Muni Bonds | | | | | | | | | |
| 28.  -WA Muni Bonds | | | | | | | | | |
| 29.  -PA Muni Bonds | | | | | | | | | |
| 30.  -IL Muni Bonds | | | | | | | | | |
| 31.  -AL Muni Bonds | | | | | | | | | |
| 32.  -Integro Common Stock | | | | | | | | | |
| 33.  -DE Muni Bonds | | | | | | | | | |
| 34.  -NV Muni Bonds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/24/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Ironshore Common Stock | | | | | | | | | |
| 36.  -BIOC LLC | | | | | | | | | |
| 37.  -IA Muni Bonds | | | | | | | | | |
| 38.  -NC Muni Bonds | | | | | | | | | |
| 39.  -MA Muni Bonds | | | | | | | | | |
| 40.  -OR Muni Bonds | | | | | | | | | |
| 41.  -DC Muni Bonds | | | | | | | | | |
| 42.  -Downtown Association Bond | | | | | | | | | |
| 43.  -Baron Growth Fund | | | | | Buy | 06/03/13 | L | | |
| 44.  (H) Trust # 11 | C | Dividend | M | T | | | | | |
| 45.  -S + P Midcap SPDRS | | | | | | | | | |
| 46.  -Fidelity Cash Reserves | | | | | | | | | |
| 47.  -Templeton Global Fund | | | | | Sold | 02/27/13 | K | | |
| 48.  -Blackrock Equity Div Fund | | | | | | | | | |
| 49.  -Vanguard LTD Tax Exempt Fund | | | | | Sold | 02/27/13 | L | | |
| 50.  -Western Asset Govt MMF | | | | | | | | | |
| 51.  (H) IRA # 9 | G | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Fidelity Contrafund | | | | | Buy (add'l) | 03/06/13 | J | | |
| 53. | | | | | Buy (add'l) | 05/20/13 | J | | |
| 54. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 55. -Fidelity U.S. Gov't Reserves | | | | | | | | | |
| 56. -Blackrock Global Allocation Fund | | | | | | | | | |
| 57. -Pimco Total Return Fund | | | | | Sold (part) | 06/04/13 | M | | |
| 58. | | | | | Sold | 06/13/13 | N | F | |
| 59. -Vanguard Midcap Fund | | | | | | | | | |
| 60. -SPDR Midcap 400 ETF | | | | | | | | | |
| 61. -Ivy Asset Strategy Fund | | | | | Buy (add'l) | 06/04/13 | K | | |
| 62. -Tweedy Browne Special Value Fund | | | | | Buy (add'l) | 06/04/13 | L | | |
| 63. -Blackrock Equity Dividend Fund | | | | | | | | | |
| 64. -JP Morgan LG Cap Growth Fund | | | | | Sold | 03/12/13 | O | F | |
| 65. -Brown Bros Core Select Fund | | | | | | | | | |
| 66. -Templeton Global Fund | | | | | Sold | 09/21/13 | K | B | |
| 67. -SPDR S & P 500 ETF | | | | | Buy | 03/14/13 | O | | |
| 68. | | | | | Buy | 07/29/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Spartan Mortier Index Fund | | | | | Buy | 06/13/13 | N | | |
| 70. (H) IRA # 10 | E | Dividend | P1 | T | | | | | |
| 71. -SPDR Midcap 400 | | | | | | | | | |
| 72. -Fidelity U.S. Gov't Reserves | | | | | | | | | |
| 73. -Tweedy Browne Global Value Fund | | | | | | | | | |
| 74. -Vanguard Midcap Index Fund | | | | | | | | | |
| 75. -Ivy Asset Strategy Fund | | | | | | | | | |
| 76. -Fidelity Low Priced Stock Fund | | | | | Buy (add'l) | 03/06/13 | J | | |
| 77. | | | | | Buy (add'l) | 05/20/13 | J | | |
| 78. -Blackrock Global Allocation Fund | | | | | | | | | |
| 79. -Brown Brothers Core Select Fund | | | | | | | | | |
| 80. -JP Morgan Lg Cap Growth Fund | | | | | Sold | 03/12/13 | N | E | |
| 81. -SPDR S & P 500 ETF | | | | | Buy | 03/14/13 | N | | |
| 82. -Fidelity Contrafund | | | | | Buy | 09/09/13 | J | | |
| 83. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/24/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/24/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LORETTA A. PRESKA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544